Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Phone: (424) 285-8330
Fax: (424) 204-9093

BOWMAN AND BROOKE LLP
Cary A. Slobin (*pro hac vice* forthcoming)
cary.slobin@bowmanandbrooke.com
5830 Granite Parkway Suite 1000
Plano, TX 75024
Telephone: 972.616.1766
Facsimile: 972.616.1701

*Attorneys for Defendant*
*TOYOTA MOTOR SALES, U.S.A., INC.*
*and TOYOTA MOTOR CORPORATION*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO ALANIZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, et al., <br><br> Defendant. | Case No. 4:20-cv-01351-JST <br><br> Assigned to: Hon. Jon S. Tigar <br><br> **STIPULATION TO EXTEND TIME FOR THE TOYOTA DEFENDANTS TO RESPOND TO THE COMPLAINT** <br><br> Complaint Served: February 21, 2020 |

In light of the current public health crisis relating to the coronavirus pandemic[1], Plaintiff Mariano Alaniz ("Plaintiff") and Defendants Toyota Motor Corp. ("TMC") and Toyota Motor Sales, U.S.A., Inc. ("TMS") in the above-captioned matters stipulate and agree as follows:

WHEREAS on February 21, 2020, Plaintiff filed his Complaint in this Court;

WHEREAS on February 27, 2020, Plaintiff served TMS with the Complaint through TMS' registered agent;

WHEREAS, TMS' deadline to respond to Plaintiff's Complaint was March 19, 2020;

WHEREAS on March 31, 2020, counsel for TMC agreed to accept service pursuant to the terms set forth in the parties' Stipulation Regarding Service of Process on TMC;

WHEREAS on March 31, 2020, Plaintiff agreed to extend the deadline for TMC and TMS to respond to the Complaint until May 1, 2020;

THEREFORE, the Parties, by and through their respective counsel, subject to Court approval, hereby stipulate to extend the time for TMC and TMS to answer, object, or otherwise respond to Plaintiff's Complaint as follows:

1. The deadline for TMC and TMS to answer, object, or otherwise respond to Plaintiff's Complaint shall be May 1, 2020.

**IT IS SO STIPULATED.**

Dated: April 1, 2020
Respectfully submitted,
SHOOK, HARDY & BACON L.L.P.

By: /s/ *Rachel A. Straus*
Rachel. A. Straus
Michael L. Mallow

---

[1] On March 11, 2020 the World Health Organization declared the coronavirus (COVID-19) a global pandemic. (https://www.who.int/dg/speeches/detail/who director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march 2020)

|   |   |
|---|---|
|   | Attorneys for TMS |
| Dated: April 1, 2020 | Respectfully submitted, |
|   | BURSOR & FISHER, P.A. |
|   |   |
|   | By: /s/ *L. Timothy Fisher* |
|   | L. Timothy Fisher |
|   | Scott A. Bursor |
|   |   |
|   | Attorneys for Plaintiff |

**SO ORDERED**:

DATED: _____

Honorable Jon S. Tigar
United States District Court Judge