Michael L. Mallow (SBN 188745)
mmallow@shb.com
Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Phone: (424) 285-8330
Fax:  (424) 204-9093

BOWMAN AND BROOKE LLP
Cary A. Slobin (*pro hac vice* forthcoming)
cary.slobin@bowmanandbrooke.com
5830 Granite Parkway Suite 1000
Plano, TX 75024
Telephone:  972.616.1766
Facsimile:    972.616.1701

*Attorneys for Defendant*
*TOYOTA MOTOR SALES, U.S.A., INC.*
*and TOYOTA MOTOR CORPORATION*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO ALANIZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>  Defendant. | Case No. 4:20-cv-01351-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**STIPULATION REGARDING SERVICE OF PROCESS ON TOYOTA MOTOR CORPORATION AND ORDER**<br><br>Complaint Served: February 21, 2020 |

Plaintiff Mariano Alaniz and counsel for Defendant Toyota Motor Corporation ("TMC") have agreed to the following regarding the waiver of service and potential discovery, and respectfully request the Court to adopt the following Stipulation:

1. Counsel for TMC agree to accept service on behalf of TMC, and TMC agrees to waive the formalities of service under the Hague Service Convention in the above-captioned litigation ("Litigation") expressly conditioned upon the terms stated below.

2. This agreement is limited to the above-captioned litigation and should not be construed as an agreement by TMC to waive the requirements of the Hague Service Convention in any other litigation.

3. TMC does not waive any other defenses, including the right to challenge personal and subject matter jurisdiction and venue, or any objections to discovery propounded on them. This Stipulation and Order do not prejudice any other positions that TMC may later take in this Litigation. Plaintiffs agree they will not argue that waiver or acceptance of service or negotiation of this Stipulation and Order supports personal jurisdiction over TMC.

4. Plaintiffs agree that waiver of service does not constitute an agreement by TMC to provide discovery, and TMC reserves the right to oppose or seek relief in connection with discovery requests served on them. Nothing in this Stipulation and Order shall prejudice TMC's right to seek additional time to respond to discovery requests. The parties agree as follows with regard to potential discovery of TMC:

   a. Pending resolution of any Federal Rule of Civil Procedure Rule 12 motion filed by TMC, TMC shall not be required to serve substantive discovery responses, produce documents or things, or appear for depositions. Plaintiffs may serve discovery on TMC, and TMC will serve objections in accordance with the timing set forth below, but will not be required to serve substantive responses, produce documents, or appear for depositions until at least 60 days after resolution of the Rule 12 motions (or longer if the timing provisions set forth below allows for a longer period).

      b.    If Plaintiffs serve discovery on TMC, Plaintiffs agree:

          i.    TMC's responses and objections to interrogatories shall be due no earlier than 90 days after service of the interrogatories.

          ii.    TMC's responses and objections to all other written discovery requests will be due no earlier than 60 days after service of the requests, and TMC shall have 60 additional days to commence document production (to the extent the requests were not objected to) following service of the responses and objections.

          iii.    Plaintiffs will provide at least 90 days' notice when requesting a deposition of TMC pursuant to Federal Rule 30(b)(6) and any such deposition of TMC will take place in Plano, Texas, or another reasonable location in the United States, at TMC's discretion. Following resolution of any objections, the parties will cooperate in good faith to accommodate any issues about the time and place of any deposition.

WHEREFORE, Plaintiffs and TMC respectfully request that the Court enter this Stipulation as an Order of the Court.

**IT IS SO STIPULATED.**

Dated: April 1, 2020          Respectfully submitted,

          SHOOK, HARDY & BACON L.L.P.

          By: /s/ *Rachel A. Straus*
          Rachel. A. Straus
          Michael L. Mallow
          Attorneys for TMS

Dated: April 1, 2020          Respectfully submitted,

          BURSOR & FISHER, P.A.

By: /s/ *L. Timothy Fisher*
L. Timothy Fisher
Scott A. Bursor

Attorneys for Plaintiffs

**SO ORDERED**:

DATED: __April 3, 2020__

_____
Honorable Jon S. Tigar
United States District Court Judge

---

4
STIPULATION REGARDING SERVICE OF PROCESS ON TOYOTA MOTOR CORPORATION