IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: TOYOTA HYBRID BRAKE LITIGATION | Consolidated Case No.: 4:20-cv-00127-ALM NGCF |

## ORDER

Before the Court is the Joint Agreed Motion to Dismiss (the "Motion") filed by Plaintiffs Jason Medeiros, Kenneth Besser, Laura Turner, Chong Eun, Stephanie Owens, Enrique Pabon, Bryan Feinberg, David Siegel, Gregory Vasquez, Madeline Vasquez, Lois Felts, Willie Rose, Jeffrey Warner Rasco, Yvette Winia, Raul Rivera, Cristina Rivera, Kamran Khan, Andrea Kent, Nancy Kwan, Dylan Davis, Dave Geenen, Judy Williams, Kimberly Evans, Alex Pilger, Bryan DaParma, Bonnie Hendricks, and Katie Gentry, individually, ("Plaintiffs") and Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor North America, Inc., and Toyota Motor Sales, U.S.A., Inc. ("Defendants"). In the Motion, the parties request dismissal with prejudice of all claims in this case.

Having considered the Motion, the Court finds that it should be and hereby is GRANTED. All claims asserted by and between these parties as part of the above-captioned case are hereby DISMISSED WITH PREJUDICE with costs of court to be borne by the party incurring the same.

Cm'tgnkgh'pqv'tgxkqwun{'itcpvgf'ku'jgtgd{'fgpkgf0

The Clerk of Court is directed to close this case.

KV'KU'UQ'QTFGTGF0

SIGNED this 29th day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE